IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRIAN DOLEZAL and LAURA DOLEZAL,<br><br>    Plaintiffs,<br><br>v.<br><br>STARR HOMES LLC,<br>JERRY BAIN; JENNIFER BAIN and<br>CASTROP DESIGN GROUP, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:18-cv-02524-JAR-GEB<br>)<br>)<br>)<br>)<br>)<br>) |

## **JOINT NOTICE OF MEDIATION**

Pursuant to the Court's Revised Scheduling Order (Doc. 59) of June 26, 2019, the parties have selected the below mediator and location, scheduled for August 2019. The parties are coordinating schedules to determine the precise date for the mediation.

> Cheryl L. Burbach
> Hovey Williams LLP
> 10801 Mastin Boulevard, Suite 1000
> 84 Corporate Woods
> Overland Park, Kansas 66210

Dated: July 12, 2019

Respectfully submitted,

| | |
|---|---|
| By:*/s/ James J. Kernell*<br> James J. Kernell, #19559<br> Kyle D. Donnelly, #25531<br> ERICKSON KERNELL IP, LLC<br> 8900 State Line Road, Suite 500<br> Leawood, Kansas 66206<br> Telephone: (913) 549-4700<br> Facsimile: (913) 549-4646<br> Email: jjk@kcpatentlaw.com<br>    kdd@kcpatentlaw.com<br><br>*Attorneys for defendants*<br>*Starr Homes LLC,*<br>*Jerry Bain, Jennifer Bain and*<br>*Castrop Design Group, LLC* | By:*/s/ Mark Brown*<br> Mark Brown, #9638<br> Ryan S. Hinderliter, #26754<br> LAW OFFICE OF MARK BROWN, LLC<br> 7225 Renner Road, Suite 201<br> Shawnee, Kansas 66217<br> Telephone: (913) 248-4477<br> Facsimile: (913) 248-4494<br> Email: mark@midwestip.com<br>   ryan@midwestip.com<br><br>*Attorneys for plaintiffs*<br>*Brian Dolezal and Laura Dolezal* |

-2-

## CERIFICATE OF SERVICE

      I hereby certify that on July 12, 2019, the foregoing Joint Notice of Mediation was electronically filed with the Clerk of the Court to be served via the Court's ECF system upon counsel of record.

      */s/ James J. Kernell*